## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HOMEDICS-USA, INC.,
d/b/a HoMedics, Inc., a
Michigan corporation,

        HONORABLE NANCY G. EDMUNDS
        MAGISTRATE JUDGE PEPE

    Plaintiff,

vs                                CIVIL ACTION NO. 2:05CV70101

BALYUN LTD.,
a Hong Kong company,

    Defendant.
_____/

| BROOKS KUSHMAN P.C. | DAWDA, MANN, MULCAHY & SADLER, PLC |
|---|---|
| BY:   MARK A CANTOR (P32661) | BY:   JOHN MUCHA III (P40907) |
|         MARC LORELLI (P63156) | Attorneys for Defendant |
| Attorneys for Plaintiff | 39533 Woodward Avenue, Suite 200 |
| 1000 Town Center | Bloomfield Hills, MI 48304-5103 |
| Twenty-Second Floor | (248) 642-3999 |
| Southfield, MI 48075-1238 | |
| (248) 358-4400 | |

_____/

## ORDER GRANTING SUBSTITUTION

At a session of the Court held in the United States
District Court for the Eastern District of Michigan
on 1/11/2006

PRESENT: Hon. Nancy G. Edmunds
                U.S. DISTRICT COURT JUDGE

    In accordance with the foregoing written substitution of attorneys;

    IT IS HEREBY ORDERED that BLISS McGLYNN, P.C. may be and hereby is substituted as counsel representing Defendant, Baylun, Ltd., in the above cause.

                                      SO ORDERED:

C:\Documents and Settings\hemeyer.MIE\Local Settings\Temp\notesFFF692\~8103303.wpd

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  January 11, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 11, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager

C:\Documents and Settings\hemeyer.MIE\Local Settings\Temp\notesFFF692\~8103303.wpd